UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

MINNESOTA CONTINUING LEGAL EDUCATION, A DIVISION OF THE MINNESOTA STATE BAR ASSOCIATION, A MINNESOTA NONPROFIT CORPORATION, d/b/a MINNESOTA CLE PRESS,

Plaintiff,

v.

MILLER/DAVIS COMPANY, a Minnesota corporation,

Defendant.

CASE NO. 00-2336 (PAM/SRN)

**STIPULATION AND ORDER RELATING TO EXTENSION OF TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED BY AND BETWEEN the parties that defendant Miller/Davis Company may have until December 15, 2000 to answer or otherwise respond to plaintiff's Complaint.

DATED: December 5, 2000.

MOORE, COSTELLO & HART, PLLP

By [signature]
J. Patrick Plunkett, #87221
John M. Harens, #41269
1400 Norwest Center
55 East Fifth Street
St. Paul, MN 55101
(227-7683

ATTORNEYS FOR PLAINTIFF

FILED DEC 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

Doc# 1282399\1

DATED: December 5, 2000.

LINDQUIST & VENNUM P.L.L.P.

By Laurance R. Waldoch

Laurance R. Waldoch, #113797
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211

ATTORNEYS FOR DEFENDANT

## ORDER

On the basis of the above stipulation of the parties, it is hereby ordered that defendant Miller/Davis Company shall have an extension until December 15, 2000 to answer or otherwise respond to plaintiff's Complaint.

DATED: December 5, 2000.

BY THE COURT:

Susan Richard Nelson
United States District Court
Magistrate Judge