UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

MINNESOTA CONTINUING LEGAL EDUCATION, A DIVISION OF THE MINNESOTA STATE BAR ASSOCIATION, A MINNESOTA NONPROFIT CORPORATION, d/b/a MINNESOTA CLE PRESS,

Plaintiff,

v.

MILLER/DAVIS COMPANY, a Minnesota corporation,

Defendant.

CASE NO. 00-2336 (PAM/SRN)

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

---

All parties to the above action hereby stipulate, by and through their undersigned attorneys, that the action, having been fully settled and resolved, may be dismissed without prejudice.

Effective this 15th day of December, 2000.

DATED: December 15, 2000.

MOORE, COSTELLO & HART, PLLP

By ______________________
J. Patrick Plunkett, #87221
John M. Harens, #41269
1400 Norwest Center
55 East Fifth Street
St. Paul, MN 55101
(227-7683

ATTORNEYS FOR PLAINTIFF

FILED DEC 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

DATED: December 14, 2000.

LINDQUIST & VENNUM P.L.L.P.

By Laurance R Waldoch
Laurance R. Waldoch, #113797
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211

ATTORNEYS FOR DEFENDANT

**ORDER**

Pursuant to the above Stipulation, the above-entitled action is dismissed without prejudice.

DATED: December 19, 2000.

BY THE COURT:

United States District Court